**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**WINTHROP RESOURCES CORPORATION,**

**Plaintiff,**

**v.**

**ANASTASI CONSTRUCTION COMPANY, and WAYNE G. ANASTASI, an individual,**

**Defendants.**

**Civil No. 01-787 (PAM/SRN)**

**O R D E R**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

It has come to the Court's attention that a Pretrial Scheduling Order was inadvertently issued and filed in the above-captioned matter on August 22, 2001 (Doc. No. 5), rather than in the case in which it belongs, Winthrop Resources Corp. v. North American Lighting, Civ. No. 01-551.

Accordingly, the Court vacates the Pretrial Scheduling Order (Doc. No. 5) issued in Civil Case No. 01-787, and directs the Clerk of Court to remove it from the file.

Dated: August 27, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500