# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporaiton

Case No. Civil 01-787 PAM/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Anastasi Construction Company, Inc.,
a California corporation, and
Wayne G. Anastasi

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for Summary Judgment is DENIED and Plaintiff's motion for Summary Judgment is GRANTED as follows:

1. Plaintiff is entitled to recover past-due lease charged at $8,202 per month for half of October 2000 through Nov1, 2001, totaling $110,727;

2. Plaintiff is entitled to recover the accelerated amount of the lease charged due for 12/1/01 through 3/1/02 discounted by 6 percent totaling $30,840;

3. Plaintiff is entitled or recover late charged of $14,945.31;

4. Plaintiff is entitled to recover $37,700 for the casualty loss value of the computer equiipment at issue;

45. Plaintiff is entitle dot recover a proportionate amount of taxes to be calculated an submitted to the Court for approval within 30 days of the date of this order; and

6. Upon proper motion, plaintiff is entitle to recover its reasonable costs and attorneys' fees.

DATE: March 25, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk