UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Winthrop Resources Corporation, a Minnesota corporation,

Plaintiff,

vs.

Anastasi Construction Company, Inc., a California corporation, and Wayne G. Anastasi, an individual,

Defendants.

Court File No. CV 01-787 DSD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

## STIPULATION

All issues in the above-captioned action by and between the Plaintiff Winthrop Resources Corporation on the one hand, and Defendants Anastasi Construction Company, Inc. and Wayne G. Anastasi, on the other hand, having been fully and finally compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that all claims and counterclaims, if any, asserted by any parties shall be dismissed with prejudice, upon the merits and without costs or disbursements to any party, and that any party hereto may forthwith, without notice to the other, apply to the Court pursuant to this Stipulation for an Order directing entry of judgment of dismissal of the entire action with prejudice and on the merits.

Dated: 5/20, 2002

WINTHROP & WEINSTINE, P.A.

By: Matthew R. McBride

Matthew R. McBride, #261981

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

Attorneys for Plaintiff
Winthrop Resources Corporation

JUN 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 5-31, 2002

HELLMUTH & JOHNSON, P.L.L.C.

By: ____________________
J. Robert Keena, #258817

10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: (952) 941-4005

Attorneys for Defendants Anastasi Construction Company, Inc. and Wayne G. Anastasi

**ORDER**

Pursuant to the foregoing Stipulation and upon the joint application of counsel,

IT ISHEREBY ORDERED, that the administrator of this Court shall forthwith enter judgment in this action dismissing all claims and counterclaims, if any, with prejudice, upon the merits and without costs or disbursements to any party and that this action shall otherwise be dismissed in its entirety with prejudice and on the merits.

DATED this 3rd day of June, 2002.

BY THE COURT:

By: [signature]
United States District Court Judge